UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLEN GOLDSMITH,
                      Plaintiff,

       -v-

CAROLYN W. COLVIN,
                      Defendant.

17-CV-483 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court, having read the memorandum and affirmation of Christopher James Bowes, attorney for Plaintiff in the above entitled case, requesting an award of attorney's fees in accordance with 42 U.S.C. § 406(b), and upon all the supporting documents annexed thereto,

IT IS ORDERED that attorney's fees in the amount of $13,639.63, which represents 25% of the past due benefits awarded to Plaintiff, be remitted to Christopher James Bowes. Upon receipt of this sum, counsel for Plaintiff is directed to remit to Plaintiff $6,000.00, which represents the previously awarded Equal Access to Justice Act fees.[1]

SO ORDERED.

Dated: July 30, 2020
New York, New York

_____
J. PAUL OETKEN
United States District Judge

---

[1] The request that the Court direct the Social Security Administration to award only the net fee is denied. *See Guzman v. Comm'r of Soc. Sec.*, 15 Civ. 3920 (VB) (LMS), 2019 WL 4935041, at *4 (S.D.N.Y. Aug. 1, 2019) (refusing counsel's request for a net fee), *report and recommendation adopted*, 2019 WL 4933596 (S.D.N.Y. Oct. 7, 2019).